**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| GOOGLE INC. AND GOOGLE PAYMENT CORPORATION, § § § Plaintiffs § § v. § VISA INC., VISA U.S.A., INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, AND MASTERCARD INTERNATIONAL INCORPORATED, § § § § § § § Defendants. § | CIVIL ACTION NO. _____ |

**PLAINTIFFS' ORIGINAL COMPLAINT AND JURY DEMAND**

In this Complaint against Defendants Visa, Inc., Visa U.S.A., Inc., Visa International Service Association (collectively "Visa"), MasterCard Incorporated, and MasterCard International Incorporated (collectively "MasterCard"), Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

1. The Court has subject-matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1337 because this action arises under Section 1 of the Sherman Act, 15 U.S.C. § 1.

2. Venue is proper in the United States District Court for the Eastern District of Texas under 28 U.S.C. § 1391. Defendants reside in, are found in, have agents in, and/or transact business in this District as provided in 29 U.S.C. §1391(b) and (c). A substantial part of the interstate trade and commerce involved and affected by the alleged violations of the antitrust laws was carried on within the Eastern District of Texas. Accordingly, the acts complained of had substantial anticompetitive effects in this judicial district.

## BACKGROUND FACTS

3. During the January 1, 2004 to November 28, 2012 time period, Plaintiffs were merchants and accepted both Visa and MasterCard credit and debit cards for payment. Accordingly, Google Inc. and Google Payment Corporation have had to pay and have paid Defendants' interchange fees, and have abided by the related restraints imposed on merchants that accept Visa and MasterCard credit and debit cards.

4. Plaintiffs have timely opted out of the Rule 23(b)(3) settlement class approved by the court on November 28, 2012 in In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No. 1:05-md-01720-JG-JO, United States District Court for the Eastern District of New York.

## ALLEGATIONS AND CLAIMS FOR RELIEF

5. Visa and MasterCard have adopted and imposed supra-competitive "default" interchange fees and other restraints on Plaintiffs throughout the January 1, 2004 to November 28, 2012 time period.

6. Defendants' credit and debit card interchange fees and the related restraints violated Section 1 of the Sherman Act.

7. As a result of Defendants' violations of Section 1 of the Sherman Act, Plaintiffs have suffered antitrust injury.

8. Plaintiffs seek to recover actual damages for their losses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court enter judgment in favor of Plaintiffs and against each Defendant, and award Plaintiffs their actual damages as well as all other relief which the Court deems just, equitable, and proper.

        Respectfully submitted,

       By: */s/ David T. Moran*
        David T. Moran
        Texas Bar No. 14419400
        dmoran@jw.com

        **Jackson Walker L.L.P.**
        901 Main Street, Suite 6000
        Dallas, Texas 75202
        Telephone: (214) 953-6000
        Facsimile: (214) 661-6677

        Charles L. Babcock
        Texas Bar No. 01479500
        cbabcock@jw.com
        **Jackson Walker L.L.P.**
        1401 McKinney Street, Suite 1900
        Houston, Texas 77010
        Telephone: (713) 752-4200
        Facsimile: (713) 308-4110

       ATTORNEYS FOR PLAINTIFFS
       GOOGLE INC. AND GOOGLE PAYMENT
       CORPORATION