UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PAYMENT CARD INTERCHANGE FEE
AND MERCHANT DISCOUNT ANTITRUST
LITIGATION                                                                                    MDL No. 1720

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −15)**

On October 19, 2005, the Panel transferred 14 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1356 (J.P.M.L. 2005). Since that time, 39 additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John Gleeson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Gleeson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable John Gleeson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY ATTEST
DATED: 01/14/2015
DOUGLAS C. PALMER
CLERK OF COURT
BY: S/August Marziliano
Case Administration Supervisor

IN RE: PAYMENT CARD INTERCHANGE FEE
AND MERCHANT DISCOUNT ANTITRUST
LITIGATION                                                                          MDL No. 1720

### SCHEDULE CTO−15 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| TEXAS EASTERN | | | |
| TXE | 5 | 14−00162 | Google Inc. et al v. Visa Inc. et al |
| | | EDNY Number | 1:15-cv-00197 |