UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN REPAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Google Inc., et al. v. Visa, Inc., et al.,* No. 15-cv-00197 (E.D.N.Y.) (MKB) (JO). | No. 14-md-01720 (MKB) (JO)<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS** |

WHEREAS plaintiffs Google Inc. and Google Payment Corporation in the action *Google, Inc., et al. v. Visa, Inc., et al.,* No. 15-cv-00197 (E.D.N.Y.), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* 1:05-md-01720 (E.D.N.Y.) (collectively "Plaintiffs"), having fully settled all of their respective claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), that the Plaintiffs' claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

1

12097418v.1

Dated:   January 30, 2015.

**JACKSON WALKER L.L.P.**

By: _____
David T. Moran
901 Main Street, Suite 6000
Dallas, TX  75202
(214) 953-6000
dmoran@jw.com

Charles L. Babcock
1401 McKinney Street, Suite 1900
Houston, TX  77010
(713) 752-4200
cbabcock@jw.com

*Attorneys for Plaintiffs*

**HOLWELL SHUSTER & GOLDBERG LLP**

By: _____
Michael S. Shuster
Richard J. Holwell
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY  10004
(646) 837-5151
mshushter@hsgllp.com

*Attorneys for Defendants Visa USA. Inc., Visa International Service Association, and Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Gary R. Carney

Gary R. Carney
Andrew C. Finch
1285 Avenue of the Americas,
New York, NY 10019
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
kgallo@paulweiss.com

**WILLKIE FARR & GALLAGHER LLP**

Matthew Freimuth
Wesley R. Powell
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mfreimuth@willkie.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**SO ORDERED:**                                   Dated:

Brooklyn, New York                              United States District Judge

3

12097418v.1